UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH HORTON, DAVID BECKLEY,
WILLMAYER DESENA and ROBERT
O'BRIEN,

    Plaintiffs,

vs.   Case No.: 2:23-cv-00433-SPC-KCD

DARUMA BELL TOWERS, INC., a
Florida Corporation and TONY
CHANG, Individually,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to voluntary dismissal of the action with prejudice. Each party shall bear their own fees and costs, unless otherwise agreed.

Dated: January 12, 2024

/s/ Phoebe Wise
Phoebe Wise, Esq.
Fla Bar No.: 105652
Email: pwise@hahnlaw.com

**HAHN LOESER & PARKS, LLP**
5811 Pelican Bay Blvd, Suite 650
Naples, FL 34108
Tel: (239) 254-2900

*Counsel for Defendants*

/s/ Jason L. Gunter
Jason L. Gunter
Fla. Bar No. 0134694
Email: Jason@GunterFirm.com
Conor P. Foley
Fla. Bar No. 111977
Email: Conor@GunterFirm.com

**GUNTERFIRM**
2165 W. First St., #104
Fort Myers, FL 33901
Tel. (239) 334-7017

*Counsel for Plaintiffs*